NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000612
03-DEC-2012
08:49 AM**

NO. CAAP-11-0000612

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAI'I

KIMBERLY K.F. WILSON,
Claimant-Appellant,
v.
STATE OF HAWAI'I, DEPARTMENT OF HEALTH,
Employer-Appellee, Self-Insured

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2007-479(M) (7-03-10114))

ORDER OF CORRECTION
(By: Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion filed on November 29, 2012 in the above case is corrected as follows:

On page 11, in the last line of the second paragraph, the word "issue" should be "issued" so that as corrected the sentence shall read: "Two days later, the clinic received a response from the adjuster stating that the claims were denied and that no payment would be issued."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, December 3, 2012.

FOR THE COURT:

Presiding Judge

---

[1]     Foley, Presiding J., Fujise and Leonard, JJ.